UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ANDRE ALLEN, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1201(a)(1) |
| Defendant. | : | (Kidnapping) |
| | : | 22 D.C. Code §§ 2801, 4502 |
| | : | (Armed Robbery) |
| | : | 22 D.C. Code § 4504(b) |
| | : | (Possession of a Firearm During a Crime |
| | : | of Violence or Dangerous Offense) |
| | : | 22 D.C. Code §§ 2001, 4502 |
| | : | (Kidnapping While Armed) |
| | : | 22 D.C. Code § 402 |
| | : | (Assault with a Dangerous Weapon) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. §§ 924(d); 981(a)(1)(C); |
| | : | and 28 U.S.C. § 2461(c) |
| | : | |
| | : | **UNDER SEAL** |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 3, 2018, through June 4, 2018, within the District of Columbia, the State of Maryland, and elsewhere, **ANDRE ALLEN**, did unlawfully and willfully seize, confine, kidnap, abduct, carry away and hold Sipei He and Qinglei Zhu for money, and, in committing or in furtherance of the commission of the offense, Sipei He and Qinglei Zhu, were willfully transported and traveled in interstate commerce from the District of Columbia to the State of Maryland.

(**Kidnapping**, in violation of Title 18, United States Code, Section 1201(a)(1))

## COUNT TWO

On or about June 3, 2018, through June 4, 2018, within the District of Columbia, **ANDRE ALLEN**, while armed with a firearm or imitation thereof, by force or violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Sipei He and Qinglei Zhu, property of value belonging to Sipei He and Qinglei Zhu, consisting of United States currency, a laptop computer, and a cellular phone.

(**Robbery While Armed**, in violation of Title 22, District of Columbia Code, Sections 2801, 4502 (2001 ed.))

## COUNT THREE

On or about June 3, 2018, through June 4, 2018, within the District of Columbia, **ANDRE ALLEN**, did possess a firearm or imitation thereof while committing the crime of armed robbery as set forth in Count Two of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT FOUR

On or about June 3, 2018, through June 4, 2018, within the District of Columbia, **ANDRE ALLEN**, while armed with and having readily available a firearm or imitation thereof, seized and confined Sipei He and Qinglei Zhu, with intent to hold and detain Sipei He and Qinglei Zhu, for the purpose of stealing their personal property.

(**Kidnapping While Armed**, in violation of Title 22, District of Columbia Code, Sections 2001, 4502 (2001 ed.))

## COUNT FIVE

On or about June 3, 2018, through June 4, 2018, within the District of Columbia, **ANDRE ALLEN**, did possess a firearm or imitation thereof while committing the crime of kidnapping while armed as set forth in Count Four of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT SIX

On or about June 3, 2018, through June 4, 2018, within the District of Columbia, **ANDRE ALLEN**, assaulted Sipei He and Qinglei Zhu with a dangerous weapon, that is, a firearm or imitation thereof.

(**Assault with a Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 402 (2001 ed.))

## COUNT SEVEN

On or about June 3, 2018, through June 4, 2018, within the District of Columbia, **ANDRE ALLEN**, did possess a firearm or imitation thereof while committing the crime of assault with a dangerous weapon, as set forth in Count Six of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money

judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to this offense.

2. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms, imitation firearms, and ammunition, involved in or used in the knowing commission of the offense.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C.§ 853(p), as incorporated by 28 U.S.C. § 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 924(d), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Jessie K. Liu /DAB*

Attorney of the United States in
and for the District of Columbia.